UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MATTHEW HERLIHY, et al.,

        Plaintiff(s),

- against -

MCFARLAND, et al.,

        Defendant(s).

------------------------------------------------------------x

17 cv 3296
17 cv 3461
17 cv 3541
18 cv 146

18 Civ. 449 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

CASTEL, United States District Judge

    As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. The above five actions are consolidated under docket 17 cv 3296.

2. The plaintiffs shall file a Consolidated Amended Complaint by April 20, 2018.

3. The caption is amended to read "IN RE FYRE FESTIVAL LITIGATION"

4. Geragos & Geragos is appointed as lead counsel on consent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2018

2

The next Case Management Conference [~~the Final Pretrial Conference~~] will be held on _November 30_ at _11_ am/~~pm~~. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
3-13-18