# Exhibit 1



## Fyre Festival Litigation: Consent to File Amended Pleading

**From:** Lori Feldman <lori@geragos.com>
**Date:** May 30, 2018 at 3:33:15 PM EDT
**To:** Ryan Smith <ryan@nclawyernow.com>
**Subject: Re: Fyre Festival Litigation**

Ryan,

Thank you.

The date will also be updated, as will the title of the document in the first paragraph.

Your courtesy is greatly appreciated.

Thank you,

Lori

On May 30, 2018, at 1:19 PM, Ryan Smith <ryan@nclawyernow.com> wrote:

> I consent to the extent that I am able as Jeffrey Atkins' defense attorney.
>
> Best,
> Ryan
> Sent from my iPhone. Emails and texts are voice dictated. Please excuse any typos.
>
> On May 30, 2018, at 11:34 AM, Lori Feldman <lori@geragos.com> wrote:
>
>> Ryan,
>>
>> Do you consent to plaintiffs refiling the amended complaint?
>>
>> The only change is to the title of the document, from Consolidated Class Action Complaint to Consolidated Amended Class Action Complaint.
>>
>> Thank you for your consideration,
>>
>> Lori