# Exhibit "D"



**Ja Rule** ✓
@Ruleyork

> We are working right now on getting everyone of the island SAFE that is my immediate concern... I will make a statement soon I'm heartbroken at this moment my partners and I wanted this to be an amazing event it was NOT A SCAM as everyone is reporting I don't know how everything went so left but I'm working to make it right by making sure everyone is refunded... I truly apologize as this is NOT MY FAULT... but I'm taking responsibility I'm deeply sorry to everyone who was inconvenienced by this...|

4/28/17, 2:28 PM

**1,971** Retweets  **3,032** Likes