# Exhibit "E"



**Ja Rule** ✓
@Ruleyork

Relieved to share that all guest are safe, and have been sent the form to apply for a refund. Our deepest apologies... #fyrefestival

4/30/17, 12:59 PM

112 Retweets  236 Likes