UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
:
IN RE: FYRE FESTIVAL LITIGATION      17-CV-03296 (PKC)
:
:
:
------------------------------------------------------------ x

### NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that, pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and the Court's order dated August 22, 2018, and upon the accompanying Memorandum of Law in Support of Motion to Dismiss the Second Consolidated Amended Class Action Complaint (the "SAC"), *pro se* Defendant Grant Margolin ("Margolin") will move this Court at Courtroom 11D of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the SAC as against Margolin, with prejudice, for failure to state a claim upon which relief can be granted.

Date:  September 11, 2018

_____
Grant Margolin

19 South Drive
Roslyn, New York  11576
margolingrant@gmail.com

cc: (by email)
    Lori Feldman, Esq.
    Ryan Smith, Esq.