

SMITH LAW

Ryan Smith
Ryan@NCLawyerNow.com
Direct: 919-809-3807

May 30, 2019

Honorable P. Kevin Castel, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 24B
New York, NY 10007

*June 12 conference is VACATED*
*SO ORDERED*
*[signature] USDJ*
*5-30-19*

Re: *In Re Fyre Festival Litigation, 17-cv-3296 (PKC)*

Dear Judge Castel:

Defendant Jeffrey Atkins respectfully submits this letter requesting the continuing adjournment of this matter's next Status Conference which Your Honor's Order from April 1, 2019 set for June 12, 2019, at 11:30 AM in Courtroom 11D. [ECF DKT. No. 86 is attached as Exhibit 1.] In support of this request, Mr. Atkins shows the Court:

- On July, 13, 2018, the Court stayed Discovery in this matter. [DKT. No. 59]

- Both Mr. Atkins's and co-defendant Grant Margolin's separate motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) are currently pending. [ECF DKT. Nos. 71-78]

- Previous settlement discussions have not been successful and there are no prospects for settlement on the horizon.

- Upon consultation both Plaintiff's' Counsel and Counsel for Mr. Margolin do not oppose this motion.

For these reasons, Mr. Atkins respectfully requests that the Court adjourn this Status Conference to a date approximately thirty (30) days after Your Honor rules on both Mr. Atkins's and Mr. Margolin's motions to dismiss.

Mr. Atkins appreciates the Court's consideration of this matter.

Respectfully submitted,

s/ Ryan Smith
Ryan Smith
Counsel for Defendant Jeffrey Atkins

cc: Ben Meiselas, Esquire (via ECF)

cc: Grant Margolin (via e-mail)