UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: FYRE FESTIVAL LITIGATION            Civil Action No. 1:17-cv-03296 (PKC)

**PLAINTIFF'S PROPOSED EXHIBIT LIST
FOR EVIDENTIARY HEARING**

---

Pursuant to Honorable Judge P. Kevin Castel's Opinion and Order (Doc 124), Plaintiff Daniel Jung, on behalf of himself and the Putative Class, hereby submits his Exhibit List for the evidentiary hearing as follows:

PX A. Criminal Complaint filed June 30, 2017 – U.S. v. William McFarland

PX B. Criminal Case Docket – 1:17-mj-04988-UA-1

PX C. Criminal Complaint filed June 11, 2018 – U.S. v. William McFarland

PX D. Criminal Case Docket –1:18-cr-00446-NRB

PX E. William McFarland Guilty Plea

PX F. Complaint - SEC v. William McFarland

PX G. Case Docket – SEC v. William McFarland

PX H. Final Judgement – SEC v. William McFarland

PX I. Bankruptcy Case Docket – 17-11883(MG)

PX J. Letter dated April 29, 2017 from Fyre Festival to Ticket Purchasers

PX K. Cease and desist letter dated April 28, 2017

PX L. Netflix Documentary – Fyre: The Greatest Party That Never Happened

PX M. Hulu Documentary – Fyre Fraud

PX N. Fyre Festival website – Account

PX O. Fyre Festival website – Packages

PX P. Fyre Festival website – Schedule

PX Q. Fyre Festival website – Upgrades

PX R. Fyre Festival website – Yachts

PX S. Fyre Festival website – FAQ

PX T. Fyre Festival Pitch Deck

PX U. Fyre Festival internal text messages

PX V. Comcast Ventures Term Sheet

PX W. Emails from The Fyre Team to Attendees

PX X. Photographs of the Fyre Festival taken by attendees

PX Y. Receipts of attendee expenses related to the Fyre Festival

PX Z. Twitter Event Post – Fyre Festival: the luxury party that turned into the Hunger Games; https://twitter.com/i/events/857902104681361410

PX AA. Twitter Post – The entire medical team is gone; https://twitter.com/Rosario_609/status/857935514787303425?s=20

PX BB. Twitter Post – These are comments on Instagram that Fyre Festival deletes; https://twitter.com/FyreFraud/status/856868993361207297

PX CC. Twitter Account – FyreFraud; https://twitter.com/fyrefraud?lang=en

PX DD. Soundcloud – Fyre Media Internet Call; https://soundcloud.com/vice_news/vice-news-exclusive-fyre-media-internal-call

PX EE. YouTube – Announcing Fyre Festival; https://www.youtube.com/watch?v=mz5kY3RsmKo

PX FF. YouTube – Model Who Promoted Fyre Festival Breaks Her Silence After Disaster; https://www.youtube.com/watch?v=yXV3Xu3GteE

PX GG. SDNY Press Release dated July 26, 2018 - William McFarland Pleads Guilty

PX HH. The New York Times – Fyre Festival Organizer Sentenced to Six Years in Federal Prison

PX II. The Washington Post - The founder of the disastrous Fyre Festival has a history of overpromising 'elite' access

PX JJ. The New York Times - Fyre Festival, a Luxury Music Weekend, Crumbles in the Bahamas

PX KK. Vice - Exclusive audio_ Fyre Festival founders reveal to employees nobody's getting paid

PX LL. Bloomberg - Comcast Rejected Funding Days Before Doomed Fyre Festival

PX MM. Mic - Fyre emails

PX NN. Business Insider – Lawyers for the Fyre Festival sent cease-and-desist letters to people who tweeted about it, lawsuit claims

PX OO. Insider - 12 shocking takeaways from Fyre Fraud, the new Fyre Festival documentary on Hulu; https://www.insider.com/fyre-fraud-hulu-documentary-billy-mcfarland-2019-1

This exhibit list is being filed concurrently with the witness list.

Dated: December 16, 2020

Respectfully submitted,

GERAGOS & GERAGOS, APC

By: /S/ *Benjamin J. Meiselas*

Benjamin J. Meiselas
Attorneys for Plaintiff
644 South Figueroa Street
Los Angeles, CA 90017
United States of America
Tel: (213) 625-3900
Fax: (213) 232-3255
geragos@geragos.com