UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE: FYRE FESTIVAL LITIGATION

17-cv-3296 (PKC)

ORDER

-----------------------------------------------------------x

CASTEL, U.S.D.J.

In an Opinion and Order of December 1, 2020, the Court denied class certification and ordered an evidentiary hearing to determine if the entry of a default judgment against defendant Billy McFarland is proper as to the fraud claims of the named plaintiffs. (Docs 124, 131.) In their proposed witness list for the hearing, plaintiffs inform the Court that they have appealed the Opinion and Order, and ask the Court to stay the proceeding on the requested default judgment. The Court will stay the proceeding until after the petition under Rule 23(f), Fed. R. Civ. P. is adjudicated, and if granted, until ten days after the later of when the appeal is decided or the mandate is issued from the Court of Appeals.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
April 29, 2021