UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE: FYRE FESTIVAL LITIGATION

        17-cv-3296 (PKC)

ORDER

-----------------------------------------------------------x

CASTEL, U.S.D.J.

      The Court will hold a hearing on the default issues for the named plaintiffs on November 4, 2021 at 11:30 am in Courtroom 11D. A revised proposed witness and exhibit list (with copies of exhibits) together with the amount sought by each of the named plaintiffs shall be submitted 14 days before the hearing.

      SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
       October 6, 2021